UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVSION

| | |
|---|---|
| LATICIA MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WYANDOTTE PUBLIC SCHOOLS, et al.,<br><br>Defendants. | 2:23-CV-12714<br><br>**ORDER REQUIRING PARTIES TO SUBMIT A JOINT DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**<br><br>HONORABLE<br>TERRENCE G. BERG |

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan by **January 16, 2024.** In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions;

The proposed discovery plan and case summary shall be filed with the Court.

Counsel should also discuss:

    i. The issues and narrowing the issues;
   ii. Subject matter jurisdiction;
  iii. Relationship to other cases;
  iv. Necessity of amendments to pleadings, additional parties, third-

      party complaints, etc.;
v. Settlement, including alternative dispute resolution;
vi. Progress of discovery (counsel are instructed to commence significant discovery prior to the entry of a scheduling order);
vii. Issues which may appropriately be resolved by motion; and
viii. Estimated trial length.

Counsel are directed to discuss case evaluation (formerly "mediation") with their clients, and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.

SO ORDERED.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: December 26, 2023